IRVING GERBER, Appellant, *v.* JAROLD SHOPS, INC., Respondent.

Submitted April 5, 1954; decided April 8, 1954.

*Jacob W. Friedman* for motion.

*Jay Leo Rothschild* opposed.

Motion granted, with $10 costs to respondent. Appellant's brief is to be filed no later than April 14, 1954, and the appeal is set down for argument on April 20, 1954.